JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NICOLE GOINES,

              Plaintiff,

     vs.

CITY OF LONG BEACH, a municipal corporation; BRIAN P. MIHKELSON in his individual and official capacities as a police officer; DAVID GARCIA in his individual and official capacities as a police officer; M. RICHENS in his/her individual and official capacities as a police officer; M. SOLDIN in his/her individual and official capacities as a police officer; JOSE OROZCO in his individual and official capacities as a police officer; M. CLAY in his/her individual and official capacities as a police officer; M. DEMARCO in his/her individual and official capacities as a police officer; R. KNIGHT in his/her individual and official capacities as a police officer; P. ARCALA; and DOES 1 through 10, Inclusive, in their individual and official capacities

              Defendants.

Case No.:  CV11-08676 JGB (CWx)

Hon. Jesus G. Bernal, Judge
Courtroom 790 (Roybal)

**ORDER RE:**
**STIPULATION RE DISMISSAL**

Complaint Filed:  October 19, 2011
Trial Date:  April 23, 2013

/ / /

/ / /

/ / /

1

ORDER RE:  STIPULATION RE DISMISSAL

00400357

1

## <u>ORDER</u>

2

3      IT IS HEREBY ORDERED that the case is dismissed with prejudice pursuant

4  to the terms of the Stipulation Re Dismissal and the settlement of the parties.

5      DATED: July 25, 2013.

6

7

8  _____

9  HON. JESUS G. BERNAL
   United States District Judge

10

11          JS-6

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
ORDER RE:  STIPULATION RE DISMISSAL

00400357